**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP L. STIMAC, | No. C 10-02216 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MELINDA HAAG, ET AL., | |
| Defendants. | |

In accordance with the Court's order dismissing plaintiff's complaint without leave to amend, judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 25, 2010

SUSAN ILLSTON
United States District Judge