IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP L. STIMAC,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH RUSSONIELLO, et al.,<br><br>    Defendants.<br>_____ | No. 10-2216 SI<br><br>**FILED**<br>SEP 23 2010<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| PHILIP L. STIMAC,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD WIEKING, et al.,<br><br>    Defendants.<br>_____/ | No. 10-3929 CW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned cases to District Judge Susan Illston to consider whether these cases are related.

Dated  SEP 23 2010

CLAUDIA WILKEN
United States District Judge